# United States Court of Appeals
## For the First Circuit

# MANDATE

J. Lisi

No. 04-1308

03-30

UNITED STATES,

Appellee,

v.

ALEXIS GARCIA,

Defendant, Appellant.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: JUN 17 2005

---

**JUDGMENT**

Entered: May 27, 2005

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Alexis Garcia's conviction and sentence are affirmed. See lst Cir. R. 27(c).

**By the Court:**
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Maidman, Mr. Vilker & Mr. Lockhart.]